UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CONSTANCE G. POST and WAYNE CHARLES,

Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Case No. 08-CR-243 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Court held oral argument on Defendants' post-trial motions at a conference on February 9, 2011. For the reasons stated on the record, Defendants' joint motion for acquittal or for a new trial pursuant to Fed. R. Crim. P. 29 and 33 is denied. Defendant Post's motion for a new trial based on ineffective assistance of trial counsel is also denied. The Clerk is respectfully requested to close the pending motions. (Dkt. No. 53.)

SO ORDERED.

Dated: White Plains, New York
February 10, 2011

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE