UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.

CONSTANCE POST, ET AL,

       Defendants.
_____

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

08 Cr. 243 (KMK)

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

By:    /s/ Daniel Filor
        Daniel Filor
        Assistant United States Attorney
        (914) 993-1912
        Daniel.Filor@usdoj.gov