# EXHIBIT A

## Affidavit of Myriam Vazquez-Florenzan

I, Myriam Vazquez-Florenzan, being duly sworn hereby deposes and says:

In and about 2005 and 2006 I had discussions with Joseph Sparano and Wayne Charles to open up a tax service company in the City of Mount Vernon located at 5 East Third Street. I met with Joseph Sparano at Pier 2110 Restaurant on Seventh Avenue between 125th Street and 126th Street to complete the business certification form. I personally notarized Joseph Sparano's signature at that time after he presented a photo I.D. in accordance with New York State Notary Public Law.

Joseph Sparano and I began the tax service business and we hired a secretary, Maxie, who was assigned to the 5 East Third Street store. I used my tax preparer ID number for any individual tax returns and Joseph Sparano purchased 3 Dell desktop computers and 1 laser printer to be used in the tax service business. We had no customers and made no money at the location.

_____
Signature

Sworn before me this ___14___ day of ___January___ 2016

_____
Notary Public

ANGELA FE...
Notary Public - State of N...
No. 01FE4947855
Qualified in New York C...
Commission Expires Feb...





# Business Certificate

I HEREBY CERTIFY that I am conducting or transacting business under the name or designation

of     M&J TAX SERVICES

at     5 EAST THIRD STREET

City or Town of     MOUNT VERNON     County of     WESTCHESTER     State of New York.

My full name is*

and I reside at     JOSEPH SPARANO

131 ROSEHILL AVENUE NEW ROCHELLE NEW YORK 10804

I FURTHER CERTIFY that I am the successor in interest to

NOT APPLICALBE

the person or persons heretofore using such name or names to carry on or conduct or transact business.

IN WITNESS WHEREOF, I have this 18th day of JANUARY 2006, made and signed this certificate.

*Joseph Sparano*

* Print or type name.
* If under 21 years of age, state "I am _____ years of age".

**DEFENDANT'S EXHIBIT C-JS-A**

STATE OF NEW YORK
COUNTY OF New York } ss.:

On this 18th day of JANUARY 19___, before me personally appeared

to me known and known to me to be the individual described in and who executed the foregoing certificate, and he thereupon duly acknowledged to me that he executed the same.

MYRIAM FLORENZAN
Notary Public State of New York
No. 01FL60...
Qualified in Bronx County
My Commission Expires Jan 07, 20 10

INDEX No.

# Certificate

of

JOSEPH SPARANO

137 ROSEHILL AVENUE

NEW ROCHELLE NEW YORK 10804

*CONDUCTING BUSINESS UNDER THE NAME OF*

M&J TAX SERVICES

5 EAST THIRD STREET

MOUNT VERNON NY 10550