**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
30 VESEY STREET
PENTHOUSE SUITE
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 683-5185 EXT. 20
FAX: (914) 761-0995

March 7, 2016

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re: **United States v. Constance G. Post**
**08 Cr. 243 (KMK)**

Dear Judge Karas:

I write to the Court to advise that I will not be submitting a sur reply to the Government's opposition to the defendants' Rule 29 and 33 Motions. The defendant relies on our submitted motion.

Thank you for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Andrew Dember (By ECF)
Stephen Lewis, Esq. (By ECF)