UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

United States of America,                                Case No.  08-cr-243-KMK

-v-

Constance G. Post and Wayne Charles,          CALENDAR NOTICE

          Defendants.

-------------------------------------------------X

      Please take notice that the above captioned action has been scheduled for oral argument on Defendants' Post-Trial Motions before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, April 28, 2016 at 3:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: April 6, 2016
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J.